# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151447(74)

CHARLIE B. HOBSON and MARY L.
HOBSON,
      Plaintiffs-Appellees,

v

SC: 151447
COA: 316714
Wayne CC: 12-008167-CK

INDIAN HARBOR INSURANCE COMPANY,
XL INSURANCE AMERICA, INC., and XL
INSURANCE COMPANY OF NEW YORK, INC.,
      Defendants-Appellants,
and

WILSON INVESTMENT SERVICE &
CONSTRUCTION, INC., WILSON INVESTMENT
SERVICE, CRESCENT HOUSE APARTMENTS,
CRESCENT HOUSE APARTMENTS, L.L.C., W-4
FAMILY LIMITED PARTNERSHIP, W-4 FAMILY
L.L.C., and JAMES P. WILSON,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their supplemental brief is GRANTED. The brief will be accepted for filing if submitted on or before February 10, 2016. Because counsel for plaintiffs-appellees delayed filing the motion until the late afternoon of the day the parties' supplemental briefs were due, as directed by this Court, and after defendants-appellants had timely submitted their supplemental brief, defendants-appellants may file a reply, limited to no more than ten pages in length, within 21 days of being served plaintiffs-appellees' supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016



Clerk